# Schedule A

Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Cause of Action** | **Plaintiff** | **Musical Composition** | **Writers** | **Date of Publication** | **Certificate of Registration Number** | **Date of Known Infringement** |
| 1. | EASY ACTION MUSIC<br><br>W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. | HOLD ON LOOSELY | Richard D. Barnes<br><br>Jeffrey S. Carlisi<br><br>James M. Peterik | January 21, 1981 | PA 106-829 | September 25, 2025 |
| 2. | STYGIAN SONGS | TOO MUCH TIME ON MY HANDS | Tommy Shaw | January 6, 1981 | PA 95-107 | September 25, 2025 |